IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

Sentencing Minute Sheet
for the Honorable Brian C. Wimes, U.S. District Court Judge
at Kansas City, Missouri

**UNITED STATES OF AMERICA**

Date: September 4, 2018

vs.

**KIMANI I. STERLING**            Case No.: 4:15-CR-00408-03-BCW

## APPEARANCES

| | |
|---|---|
| Plaintiff's counsel: | Jeff McCarther, AUSA |
| Case Agent: | Detective Alane Booth |
| Defendant's counsel: | Fred Duchardt, Jr., CJA |
| Probation officer: | Paul Sedler |

| | |
|---|---|
| Time Commenced: 9:12 a.m. | Recess: 10:56 a.m. |
| Reconvene: 11:22 a.m. | Time ended: 12:00 p.m. |
| Reconvene: 1:00 p.m. | Time ended: 2:25 p.m. |

Parties appear for sentencing. Dft pled guilty to Counts 1, 8, and 22 of the Indictment on November 3, 2017. Court takes up objections to the P.S.I.R. Government presents evidence. Court rules as stated on the record. Counsel make statements regarding sentence to be imposed. Court sentences defendant to FBOP for 125 months on Counts 1, 8, and 22, to be served concurrently; but consecutively to Case No. 1516-CR04693-01. Upon release from imprisonment, dft shall be on supervised release for 5 years on Count 1 and 3 years on Counts 8, and 22, all terms to run concurrently. Mandatory, standard and special conditions imposed. MSA: $300; FINE: Waived; No restitution. Counts 9-13, 14, 23 and 26 are dismissed on the motion of the United States. Dft advised of right to appeal. Judgment and Commitment to issue.

| | |
|---|---|
| WITNESSES: | Alane Booth, Antwanette Howard, Mylin Smith |
| COURT REPORTER: | Denise Halasey |
| COURTROOM DEPUTY: | Joella Baldwin |